FILED
April 28, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>            Plaintiff,                )<br> v.                                  )<br>                                     )<br> Curtis Juniel,                      )<br>                                     )<br>            Defendant.                ) | Case No. Cr 05-0050 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Curtis Juniel</u> Case No. <u>Cr S-05-0050 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $_____

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

          ___   Corporate Surety Bail Bond

    _X_   (Other) <u>PTS conditions/supervision; appearance bond secured by all the equity in the defendant's mother's house</u>

Issued at <u>Sacramento, CA</u> on April 28, 2005 at <u>11:35 a.m.</u>

By <u>/s/ Kimberly J. Mueller</u>
Kimberly J. Mueller
United States Magistrate Judge