```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  CURTIS JUNIEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-050 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| CURTIS JUNIEL, | ) Date: May 16, 2005 |
| | ) Time: 9:30 A.M. |
| | ) |
| | ) Judge: Hon. Frank C. Damrell |
| Defendant. | ) |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant CURTIS JUNIEL as follows:

It is agreed that the current Status conference set for April 18, 2005, be vacated, and that a new Status Conference date of May 16, 2005 at 9:30 a.m. be set. The Time is excluded pursuant to U.S.C. §3161(h)(8)(A).

///

///

Defense counsel is conducting further investigation as well as the parties are working on a resolution for this case and need the additional time to finish the investigation and hopefully reach a resolution.

Dated: May 16, 2005

    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

    __/s/LINDA HARTER_____
    LINDA HARTER
    Assistant Federal Defender
    Attorney for Defendant
    CURTIS JUNIEL

    MCGREGOR W. SCOTT
    United States Attorney

Dated:_____    _/s/ANNE PINGS_____
    ANNE PINGS
    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 2, 2005

    /s/ Frank C. Damrell Jr.
    HONORABLE FRANK C. DAMRELL JR.
    District Court Judge

Stip and Proposed Order\Juniel, Curtis\Cr-S-05-050