```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  CURTIS JUNIEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-050 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| CURTIS JUNIEL, | ) Date: June 20, 2005 |
| | ) Time: 9:30 A.M. |
| | ) |
| | ) Judge: Hon. Frank C. Damrell |
| Defendant. | ) |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant CURTIS JUNIEL as follows:

It is agreed that the current Status conference set for June 6, 2005, be vacated, and that a new Status Conference date of June 20, 2005 at 9:30 a.m. be set.  The Time is excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

///

///

1 | Defense counsel is conducting further investigation as well as the
2 | parties are working on a resolution for this case and need the
3 | additional time to finish the investigation and hopefully reach a
4 | resolution.

6 | Dated: June 3, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


  /s/LINDA HARTER_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
CURTIS JUNIEL


MCGREGOR W. SCOTT
United States Attorney

16 | Dated:  June 3, 2005          /s/ANNE PINGS_____
ANNE PINGS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: June 3, 2005

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL JR.
District Court Judge

Stip and Proposed Order\Juniel, Curtis\Cr-S-05-050

2