```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CURTIS JUNIEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-050 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CURTIS JUNIEL, | ) | Date: August 15, 2005 |
| | ) | Time: 9:30 A.M. |
| | ) | |
| | ) | Judge: Hon. Frank C. Damrell |
| Defendant. | ) | |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant CURTIS JUNIEL as follows:

It is agreed that the current Status conference set for July 25, 2005, be vacated, and that a new Status Conference date of August 15, 2005 at 9:30 a.m. be set.  The Time is excluded pursuant to U.S.C. §3161(h)(8)(A).

///

///

1  Defense counsel is conducting further investigation as well as the
2 parties are working on a resolution for this case and need the
3 additional time to finish the investigation and hopefully reach a
4 resolution.

6 Dated: July 21, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

  /s/LINDA HARTER_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
CURTIS JUNIEL

MCGREGOR W. SCOTT
United States Attorney

16 Dated:_____        /s/ANNE PINGS_____
ANNE PINGS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: July 21, 2005

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL JR.
District Court Judge

Stip and Proposed Order\Juniel, Curtis\Cr-S-05-050

2