1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CURTIS J. JUNIEL, JR.

7

8               IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  NO. CR-S-05-00050-FCD
                                    )
13              Plaintiff,          )
                                    )  REQUEST FOR ORDER AND ORDER
14       v.                         )  EXONERATING BOND
                                    )
15  CURTIS J. JUNIEL, JR.           )
                                    )
16              Defendant.          )
                                    )  Judge: Hon. Frank C. Damrell Jr.
17  _____  )

18

19       On April 28, 2005, a $100,422.00 appearance bond, secured by a

20  deed against the real property of Elizabeth Ann McGowan, 5631 S. 23rd

21  Avenue, Phoenix, Arizona, 85041, was posted on behalf of Curtis Juniel,

22  based upon an indictment filed in this district.  Mr. Juniel was

23  ordered released at that hearing and the bond was thereafter posted

24  with the Court.

25       On February 20, 2007, Mr. Juniel was sentenced to 60 months

26  probation.

27       It is hereby requested that the $100, 422.00 secured appearance

28  bond be exonerated in the above-captioned case and that the Clerk of

1  the District Court be directed to reconvey back to the Trustor the deed
2  of trust, received by the Clerk on or about April 28, 2005.
3  Dated: March 15, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        CURTIS J. JUNIEL, JR.


**O R D E R**

   IT IS HEREBY ORDERED that the bail bond in the amount of
$100,422.00, posted by Elizabeth Ann McGowan and secured by a Deed of
Trust for her property located at 5631 S. 23rd Avenue, Phoenix,
Arizona, 85041, is hereby exonerated in the above-captioned case and
that the Clerk of the District Court be directed to reconvey back to
the Trustor the deed of trust, received by the Clerk on or about
April 28, 2005.
Dated: March 15, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE